**Dismissed and Memorandum Opinion filed July 18, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00448-CR

### DEON GARCIA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1344260**

# M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to engaging in organized criminal activity. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on May 9, 2013, to confinement for six years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of

appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). Although the record contains appellant's pre-trial motion to suppress, it contains no ruling on the motion. The record therefore supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).